UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21441-CIV-MARTINEZ/Bandstra

| | |
|---|---|
| **GAPARDIS HEALTH AND BEAUTY, INC., and XAVIER PIERRE TANCOGNE** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| **NOUVELLE PARFUMERIE GANDOUR.** | )<br>)<br>) |
| Defendant. | )<br>) |

**NOTIFICATION OF NINETY DAYS EXPIRING
REGARDING PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES
AND PLAINTIFFS' MOTION TO DISMISS OR STRIKE COUNTERCLAIM**

Plaintiffs Gapardis Health and Beauty, Inc. and Xavier Pierre Tancogne give notice that the following motions have been pending and fully briefed with no hearing set or ruling thereon for a period of ninety days:

1. Plaintiffs' Motion to Strike Affirmative Defenses, filed and served October 2, 2007, Docket Entry No. 24.

2. Plaintiffs' Motion to Dismiss Counterclaim, filed and served October 2, 2007, Docket Entry No. 25.

3. Defendant's Response in Opposition to Plaintiffs' Motion to Strike Affirmative Defenses and Motion to Dismiss Counterclaim, filed and served October 19, 2007, Docket Entry Nos. 26, 27.

4. Plaintiffs' Reply to Defendant's Response, filed and served October 25, 2007, Docket Entry No. 29.

/s/David M. Rogero/
David M. Rogero, Esq.
Florida Bar No. 212172
David M. Rogero P.A.
2625 Ponce de Leon Boulevard, Suite 280
Coral Gables, FL 33134
Telephone: 305-441-0200
Facsimile: 305-460-4099
E-mail: dmrogero@dmrpa.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/David M. Rogero/

SERVICE LIST
**Gapardis Health and Beauty, Inc., et al. v. Nouvelle Parfumerie Gandour**
Case No. 07-21441-CIV-MARTINEZ-BANDSTRA
United States District Court, Southern District of Florida

A. Margaret Hesford, Esq.
A. Margaret Hesford, P.A.
5648 West Atlantic Boulevard
Margate, Florida 33063
Attorney for Defendant
By CM/ECF

Scott R. Austin, Esq.
Roetzel & Andress
Trianon Center, Third Floor
850 Park Shore Drive, Suite 300
Naples, FL 34103
By U.S. Mail